Close Print

BANK OF AMERICA

## Cub Realty [redacted]0497 : Account Activity

Balance Summary: **$0.00** (available balance as of today 08/31/2026)

View: today: 08/31/2026

### Transactions

| Posting date | Description | Type | Amount | Available balance | Reconcile |
|---|---|---|---|---|---|
| Hold | BALANCE HOLD | Debit | $0.00 | $0.00 | |
| 08/21/2026 | Legal Order, LTS P082126000310 | Debit | -$3,709.29 | $0.00 | Cleared |

[redacted]

11:49 PM Mon Aug 31 100%

secure.bankofamerica.com

BANK OF AMERICA Online Banking

Accounts | Pay & Transfer | Rewards & Deals | Tools & Investing | Security Center | Open an Account | Help & Support

**Iron Horse App Ranch** [redacted] **9902** Account & routing numbers

# $0.00

Available balance (as of today)

Activity | Statements & Documents | Information & Services

## Transactions

**Currently viewing**

Transaction history

**Search**

Enter keyword, amount or mm/dd/yyyy

Filter

Hide reconcile | Download | Print current view

| Posting date | Description | Type | Amount | Available balance | Reconcile |
|---|---|---|---|---|---|
| Hold | BALANCE HOLD | Debit | $0.00 | $0.00 | |
| 08/21/2026 | Legal Order, LTS P082126000310 View/Edit | Debit | -$15,955.07 | $0.00 | ☐ |

[redacted]

11:50 PM Mon Aug 31 100%

secure.bankofamerica.com

BANK OF AMERICA Online Banking

Accounts | Pay & Transfer | Rewards & Deals | Tools & Investing | Security Center | Open an Account | Help & Support

**Iron Horse Cub** [redacted]4404 Account & routing numbers

# $0.00

Available balance (as of today)

Activity | Statements & Documents | Information & Services

## Transactions

**Currently viewing**

Transaction history

**Search**

Enter keyword, amount or mm/dd/yyyy

Filter

Hide reconcile | Download | Print current view

| Posting date | Description | Type | Amount | Available balance | Reconcile |
|---|---|---|---|---|---|
| Hold | BALANCE HOLD | Debit | $0.00 | $0.00 | |
| 08/21/2026 | Legal Order, LTS P082126000310 View/Edit | Debit | -$1,076.96 | $0.00 | ☐ |

[redacted]

11:51 PM Mon Aug 31 100%

secure.bankofamerica.com

BANK OF AMERICA Online Banking

Accounts | Pay & Transfer | Rewards & Deals | Tools & Investing | Security Center | Open an Account | Help & Support

**Iron Horse Ranch** [redacted]9445 Account & routing numbers

# $0.00

Available balance (as of today)

Activity | Statements & Documents | Information & Services

**There was a problem processing your request.**

- The transaction detail listed may not include all your recent activity. However, the Available Balance in the Balance Summary is updated to include the recent activity presented to Bank of America.

## Transactions

**Currently viewing**

Transaction history

**Search**

Enter keyword, amount or mm/dd/yyyy

Filter

Hide reconcile | Download | Print current view

| Posting date | Description | Type | Amount | Available balance | Reconcile |
|---|---|---|---|---|---|
| Hold | BALANCE HOLD | Debit | $0.00 | $73.54 | |

[redacted]

11:55 PM Mon Aug 31 100%

secure.bankofamerica.com

BANK OF AMERICA Online Banking

Accounts | Pay & Transfer | Rewards & Deals | Tools & Investing | Security Center | Open an Account | Help & Support

**Lonnie TawniLedbetter [redacted] 4006** Account & routing numbers

# $0.00

Available balance (as of today)

Features

Keep the Change® savings transfers — Enroll

Balance Connect® for overdraft protection — Off | Enroll

Beneficiaries — Manage

Paperless statements — Off | Enroll

Services

Manage card settings

Order account supplies/accessories

Tips to avoid overdraft fees

Dispute a transaction

Monthly maintenance fee info

Activity | Statements & Documents | Information & Services

## Transactions

**Currently viewing**

Transaction history

**Search**

Enter keyword, amount or mm/dd/yyyy

Filter

Hide reconcile | Download | Print current view

| Posting date | Description | Type | Amount | Available balance | Reconcile |
|---|---|---|---|---|---|
| Hold | BALANCE HOLD | Debit | $0.00 | $0.00 | |
| Statement as of 08/28/2026 (view statements) | | | | | |
| 08/21/2026 | Legal Order, LTS PXXXXX6000310 View/Edit | Debit | -$354.99 | $0.00 | ☐ |

[redacted]

BANK OF AMERICA Online Banking

Accounts | Pay & Transfer | Rewards & Deals | Tools & Investing | Security Center | Open an Account | Help & Support

**Tawni Jean Ledbetter** [redacted]**0537** Account & routing numbers

# $0.00

Available balance (as of today)

Features

Keep the Change® savings transfers — Enroll

Balance Connect® for overdraft protection — Off | Enroll

Beneficiaries — Manage

Paperless statements — Off | Enroll

Services

Order account supplies/accessories

Tips to avoid overdraft fees

Dispute a transaction

Monthly maintenance fee info

Activity | Statements & Documents | Information & Services

## Transactions

**Currently viewing**

Transaction history

**Search**

Enter keyword, amount or mm/dd/yyyy

Filter

Hide reconcile | Download | Print current view

| Posting date | Description | Type | Amount | Available balance | Reconcile |
|---|---|---|---|---|---|
| Hold | BALANCE HOLD | Debit | $0.00 | $0.00 | |
| 08/25/2026 | Legal Order, LTS PXXXXX6000310 View/Edit | Debit | -$89,752.34 | $0.00 | |

[redacted]

11:59 PM Mon Aug 31 100%

secure.bankofamerica.com

**Business Adv Fundamentals - 4144** Account & routing numbers

# $0.00

Available balance (as of today)

| Features | |
|---|---|
| Paperless statements | Off \| Enroll |
| Balance Connect® for overdraft protection | Off \| Enroll |

Services

- Scan checks to deposit
- Order account supplies/accessories
- Stop payment on a check
- Lock/unlock ATM/debit card

Activity | Statements & Documents | Information & Services

**There was a problem processing your request.**

- The transaction detail listed may not include all your recent activity. However, the Available Balance in the Balance Summary is updated to include the recent activity presented to Bank of America.

## Status Tracker

For service items, claims and requests for this account

### Transactions

Currently viewing: Transaction history

Search

Enter keyword, amount or mm/dd/yyyy

Filter

Hide reconcile | Download | Print current view

| Posting date | Description | Type | Amount | Available balance | Reconcile |
|---|---|---|---|---|---|
| Hold | BALANCE HOLD | Debit | -$1,494,838.41 | -$1,494,735.08 | |

[redacted]

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BofA REWARDS

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

TAWNI JEAN LEDBETTER
100 IRON HORSE RANCH RD
GRANBURY, TX 76049-5016

# Your Adv Plus Banking
# BofA Rewards Member

for July 15, 2026 to August 12, 2026

Account number: [redacted] 0537

**TAWNI JEAN LEDBETTER**

## Account summary

| | |
|---|---|
| Beginning balance on July 15, 2026 | $1,134.00 |
| Deposits and other additions | 700,000.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -613,500.00 |
| Checks | -0.00 |
| Service fees | -105.00 |
| **Ending balance on August 12, 2026** | **$87,529.00** |

**Cash back deals are better than ever.**
Find more cash back deals from thousands of top brands. Check it out today!
**Explore your deals at bankofamerica.com/deals.**
When you use the QRC feature, certain information is collected from your mobile device for business purposes. You must be enrolled in Online Banking or Mobile Banking to participate in the deals program and have either an eligible Bank of America® debit or credit card or Merrill credit card. Earned cash back will be credited into the eligible consumer deposit or credit account used to make the purchase. This deals program may not include deals available through other rewards programs. Data connection required. Wireless carrier fees may apply. For SafeBalance Banking® for Family Banking accounts, the parent owner can participate in the deals program but their child using the account cannot. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply.
SSM-04-26-0252.B | 8865347

DEBTOR_000514

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2026 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

BANK OF AMERICA



## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 07/20/26 | WIRE TYPE:WIRE IN DATE: 260720 TIME:1341 ET TRN:2026072000508797 SEQ:2234129201JS/028242 ORIG:RANDY J SLAGER TTEE RANDY ID:6784457971 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:WD92808571 FROM: RANDY J SLAGER /CATPURP/C | 700,000.00 |
| **Total deposits and other additions** | | **$700,000.00** |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 07/21/26 | WIRE TYPE:WIRE OUT DATE:260721 TIME:1148 ET TRN:2026072100373650 SERVICE REF:009448 BNF:VKHH LLP ID:145268861 BNF BK:SOUTHSIDE BANK ID:111923607 PMT DET:TT9GWFB2M POP Services | -500,000.00 |
| 07/27/26 | WIRE TYPE:WIRE OUT DATE:260727 TIME:1401 ET TRN:2026072700649772 SERVICE REF:015190 BNF:AFR INVESTIGATIONS, PLLC ID:326995997 BNF BK:J PMORGAN CHASE BANK, NA ID:111000614 PMT DET:TKQ5SR MLZ | -100,000.00 |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **Total other subtractions** | | **-$613,500.00** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 07/20/26 | Wire Transfer Fee | -15.00 |
| 07/21/26 | Wire Transfer Fee | -30.00 |

*continued on the next page*

## Service fees - continued

| Date | Transaction description | Amount |
|---|---|---|
| 07/27/26 | Wire Transfer Fee | -30.00 |
| 08/03/26 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$105.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

This page intentionally left blank

This page intentionally left blank