BANK OF AMERICA
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850-5047

Important Information

**Date**
August 27, 2026
**Case name**
LONNIE K LEDBETTER JR
**Case number**
P10686
**Reference number**
P082126000310

CUB REALTY, LLC
100 IRON HORSE RANCH RD
GRANBURY TX 76049-5016

# We received a(n) Temporary Restraining Order on August 11, 2026, so unfortunately we've debited and/or restricted access to your account(s).

Due to the legal order, we're required to debit your account and hold your funds and/or restrict access to your safe deposit box(es). This order requires us by law to prevent withdrawals on your account(s). We're legally required to hold your funds and/or restrict your account(s) until we receive further instructions.

If you have questions or need to dispute this legal order, please call THE HARTNETT LAW FIRM at 214.742.4655. Keep in mind, we can't return the funds to you and/or remove the restrictions unless we receive a release or court order.

## Here are the details

| Safe Box number and/or Account number ending in: | State account located: | Amount attached: |
|---|---|---|
| 0497 | TX | $3,709.29 |

## What you need to know

- The issuing state of this legal order is Texas. The legal order may identify exemptions under the law of the state in which the order was issued.
- Our records show that you and all debtors named in the legal order have the following resident state(s): Texas. You may be eligible for certain exemptions based on your state of residence.
- Depending on the laws in your state, we may have to hold future deposits if the amount we've already held isn't enough to satisfy the legal order.
- Please notify any joint account holders, if applicable.
- You may wish to speak with your attorney about your options and obligations with this order.
- If one of the accounts is a CD or IRA, you may be charged early withdrawal penalties.
- You may still be charged maintenance fees on your accounts.

## We're here to help

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

If you have questions about your account, please give us a call anytime at 800.432.1000.

BANK OF AMERICA
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850-5047

Important Information

**Date**
August 27, 2026
**Case name**
LONNIE K LEDBETTER JR
**Case number**
P10686
**Reference number**
P082126000310

LONNIE K LEDBETTER TAWNI JEAN LEDBETTER
100 IRON HORSE RANCH RD
GRANBURY TX 76049-5016

# We received a(n) Temporary Restraining Order on August 11, 2026, so unfortunately we've debited and/or restricted access to your account(s).

Due to the legal order, we're required to debit your account and hold your funds and/or restrict access to your safe deposit box(es). This order requires us by law to prevent withdrawals on your account(s). We're legally required to hold your funds and/or restrict your account(s) until we receive further instructions.

If you have questions or need to dispute this legal order, please call THE HARTNETT LAW FIRM at 214.742.4655. Keep in mind, we can't return the funds to you and/or remove the restrictions unless we receive a release or court order.

## Here are the details

| Safe Box number and/or Account number ending in: | State account located: | Amount attached: |
|---|---|---|
| 4006 | TX | $354.99 |

## What you need to know

- The issuing state of this legal order is Texas. The legal order may identify exemptions under the law of the state in which the order was issued.
- Our records show that you and all debtors named in the legal order have the following resident state(s): Texas. You may be eligible for certain exemptions based on your state of residence.
- Depending on the laws in your state, we may have to hold future deposits if the amount we've already held isn't enough to satisfy the legal order.
- Please notify any joint account holders, if applicable.
- You may wish to speak with your attorney about your options and obligations with this order.
- If one of the accounts is a CD or IRA, you may be charged early withdrawal penalties.
- You may still be charged maintenance fees on your accounts.

## We're here to help

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

If you have questions about your account, please give us a call anytime at 800.432.1000.

BANK OF AMERICA
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850-5047

Important Information

**Date**
August 27, 2026
**Case name**
LONNIE K LEDBETTER JR
**Case number**
P10686
**Reference number**
P082126000310

TAWNI JEAN LEDBETTER
100 IRON HORSE RANCH RD
GRANBURY TX 76049-5016

# We received a(n) Temporary Restraining Order on August 11, 2026, so unfortunately we've debited and/or restricted access to your account(s).

Due to the legal order, we're required to debit your account and hold your funds and/or restrict access to your safe deposit box(es). This order requires us by law to prevent withdrawals on your account(s). We're legally required to hold your funds and/or restrict your account(s) until we receive further instructions.

If you have questions or need to dispute this legal order, please call THE HARTNETT LAW FIRM at 214.742.4655. Keep in mind, we can't return the funds to you and/or remove the restrictions unless we receive a release or court order.

## Here are the details

| Safe Box number and/or Account number ending in: | State account located: | Amount attached: |
|---|---|---|
| 0537 | TX | $89,752.34 |

## What you need to know

- The issuing state of this legal order is Texas. The legal order may identify exemptions under the law of the state in which the order was issued.
- Our records show that you and all debtors named in the legal order have the following resident state(s): Texas. You may be eligible for certain exemptions based on your state of residence.
- Depending on the laws in your state, we may have to hold future deposits if the amount we've already held isn't enough to satisfy the legal order.
- Please notify any joint account holders, if applicable.
- You may wish to speak with your attorney about your options and obligations with this order.
- If one of the accounts is a CD or IRA, you may be charged early withdrawal penalties.
- You may still be charged maintenance fees on your accounts.

## We're here to help

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

If you have questions about your account, please give us a call anytime at 800.432.1000.

BANK OF AMERICA
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850-5047

Important Information

**Date**
August 27, 2026
**Case name**
LONNIE K LEDBETTER JR
**Case number**
P10686
**Reference number**
P082126000310

TJS NEW LEAF
100 IRON HORSE RANCH RD
GRANBURY TX 76049-5016

## We received a(n) Temporary Restraining Order on August 11, 2026, so unfortunately we've debited and/or restricted access to your account(s).

Due to the legal order, we're required to debit your account and hold your funds and/or restrict access to your safe deposit box(es). This order requires us by law to prevent withdrawals on your account(s). We're legally required to hold your funds and/or restrict your account(s) until we receive further instructions.

If you have questions or need to dispute this legal order, please call THE HARTNETT LAW FIRM at 214.742.4655. Keep in mind, we can't return the funds to you and/or remove the restrictions unless we receive a release or court order.

### Here are the details

| Safe Box number and/or Account number ending in: | State account located: | Amount attached: |
|---|---|---|
| 4144 | TX | $1,494,838.41 |

### What you need to know

- The issuing state of this legal order is Texas. The legal order may identify exemptions under the law of the state in which the order was issued.
- Our records show that you and all debtors named in the legal order have the following resident state(s): Texas. You may be eligible for certain exemptions based on your state of residence.
- Depending on the laws in your state, we may have to hold future deposits if the amount we've already held isn't enough to satisfy the legal order.
- Please notify any joint account holders, if applicable.
- You may wish to speak with your attorney about your options and obligations with this order.
- If one of the accounts is a CD or IRA, you may be charged early withdrawal penalties.
- You may still be charged maintenance fees on your accounts.

### We're here to help

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

If you have questions about your account, please give us a call anytime at 800.432.1000.

BANK OF AMERICA
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850-5047

Important Information

**Date**
August 27, 2026
**Case name**
LONNIE K LEDBETTER JR
**Case number**
P10686
**Reference number**
P082126000310

IRON HORSE CUB, LLC
100 IRON HORSE RANCH RD
GRANBURY TX 76049-5016

# We received a(n) Temporary Restraining Order on August 11, 2026, so unfortunately we've debited and/or restricted access to your account(s).

Due to the legal order, we're required to debit your account and hold your funds and/or restrict access to your safe deposit box(es). This order requires us by law to prevent withdrawals on your account(s). We're legally required to hold your funds and/or restrict your account(s) until we receive further instructions.

If you have questions or need to dispute this legal order, please call THE HARTNETT LAW FIRM at 214.742.4655. Keep in mind, we can't return the funds to you and/or remove the restrictions unless we receive a release or court order.

## Here are the details

| Safe Box number and/or Account number ending in: | State account located: | Amount attached: |
|---|---|---|
| 4404 | TX | $1,076.96 |

## What you need to know

- The issuing state of this legal order is Texas. The legal order may identify exemptions under the law of the state in which the order was issued.
- Our records show that you and all debtors named in the legal order have the following resident state(s): Texas. You may be eligible for certain exemptions based on your state of residence.
- Depending on the laws in your state, we may have to hold future deposits if the amount we've already held isn't enough to satisfy the legal order.
- Please notify any joint account holders, if applicable.
- You may wish to speak with your attorney about your options and obligations with this order.
- If one of the accounts is a CD or IRA, you may be charged early withdrawal penalties.
- You may still be charged maintenance fees on your accounts.

## We're here to help

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

If you have questions about your account, please give us a call anytime at 800.432.1000.

BANK OF AMERICA
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850-5047

Important Information

**Date**
August 27, 2026
**Case name**
LONNIE K LEDBETTER JR
**Case number**
P10686
**Reference number**
P082126000310

IRON HORSE APPALOOSA RANCH LLC
100 IRON HORSE RANCH RD
GRANBURY TX 76049-5016

## We received a(n) Temporary Restraining Order on August 11, 2026, so unfortunately we've debited and/or restricted access to your account(s).

Due to the legal order, we're required to debit your account and hold your funds and/or restrict access to your safe deposit box(es). This order requires us by law to prevent withdrawals on your account(s). We're legally required to hold your funds and/or restrict your account(s) until we receive further instructions.

If you have questions or need to dispute this legal order, please call THE HARTNETT LAW FIRM at 214.742.4655. Keep in mind, we can't return the funds to you and/or remove the restrictions unless we receive a release or court order.

### Here are the details

| Safe Box number and/or Account number ending in: | State account located: | Amount attached: |
|---|---|---|
| 9902 | TX | $15,955.07 |

### What you need to know

- The issuing state of this legal order is Texas. The legal order may identify exemptions under the law of the state in which the order was issued.
- Our records show that you and all debtors named in the legal order have the following resident state(s): Texas. You may be eligible for certain exemptions based on your state of residence.
- Depending on the laws in your state, we may have to hold future deposits if the amount we've already held isn't enough to satisfy the legal order.
- Please notify any joint account holders, if applicable.
- You may wish to speak with your attorney about your options and obligations with this order.
- If one of the accounts is a CD or IRA, you may be charged early withdrawal penalties.
- You may still be charged maintenance fees on your accounts.

### We're here to help

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

If you have questions about your account, please give us a call anytime at 800.432.1000.

BANK OF AMERICA
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850-5047

Important Information

**Date**
August 27, 2026
**Case name**
LONNIE K LEDBETTER JR
**Case number**
P10686
**Reference number**
P082126000310

L & T IRON HORSE RANCH, LLC
100 IRON HORSE RANCH RD
GRANBURY TX 76049-5016

# We received a(n) Temporary Restraining Order on August 11, 2026, so unfortunately we've debited and/or restricted access to your account(s).

Due to the legal order, we're required to debit your account and hold your funds and/or restrict access to your safe deposit box(es). This order requires us by law to prevent withdrawals on your account(s). We're legally required to hold your funds and/or restrict your account(s) until we receive further instructions.

If you have questions or need to dispute this legal order, please call THE HARTNETT LAW FIRM at 214.742.4655. Keep in mind, we can't return the funds to you and/or remove the restrictions unless we receive a release or court order.

## Here are the details

| Safe Box number and/or Account number ending in: | State account located: | Amount attached: |
|---|---|---|
| 9445 | TX | $13,343.23 |

## What you need to know

- The issuing state of this legal order is Texas. The legal order may identify exemptions under the law of the state in which the order was issued.
- Our records show that you and all debtors named in the legal order have the following resident state(s): Texas. You may be eligible for certain exemptions based on your state of residence.
- Depending on the laws in your state, we may have to hold future deposits if the amount we've already held isn't enough to satisfy the legal order.
- Please notify any joint account holders, if applicable.
- You may wish to speak with your attorney about your options and obligations with this order.
- If one of the accounts is a CD or IRA, you may be charged early withdrawal penalties.
- You may still be charged maintenance fees on your accounts.

## We're here to help

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

If you have questions about your account, please give us a call anytime at 800.432.1000.