Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300

## Certificate of Formation
## Limited Liability Company

**Filed in the Office of the Secretary of State of Texas**
**Filing #: 805415714 02/10/2024**
**Document #: 1331485130002**
**Image Generated Electronically for Web Filing**

**Article 1 - Entity Name and Type**

The filing entity being formed is a limited liability company. The name of the entity is:

**L & T Iron Horse Ranch, LLC**

**Article 2 – Registered Agent and Registered Office**

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**OR**

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

**Name:**
**Lonnie K Ledbetter Jr**

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**601 Meander Rd Granbury TX 76049**

**Consent of Registered Agent**

☐ A. A copy of the consent of registered agent is attached.

**OR**

☑ B. The consent of the registered agent is maintained by the entity.

**Article 3 - Governing Authority**

☑ A. The limited liability company is to be managed by managers.

**OR**

☐ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

| | |
|---|---|
| Manager 1: **Tawni J Ledbetter** | Title: **Manager** |
| Address: **601 Meander Rd Granbury TX, USA 76049** | |
| Manager 2: **Lonnie K Ledbetter** | Title: **Manager** |
| Address: **601 Meander Rd Granbury TX, USA 76049** | |

**Article 4 - Purpose**

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

**Initial Mailing Address**

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:

**601 Meander Rd**
**Granbury, TX 76049**
**USA**

**Organizer**

The name and address of the organizer are set forth below.

**Tawni J Ledbetter** **601 Meander Rd Granbury TX 76049**

**Effectiveness of Filing**

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Tawni Ledbetter**

Signature of Organizer

**FILING OFFICE COPY**

# OPERATING AGREEMENT OF L & T Iron Horse Ranch, LLC

This Original Operating Agreement is made and adopted effective Monday, February 12 2024 by L & T Iron Horse Ranch LLC, a limited liability company organized under the laws of Texas (the Company) and Tawni Jones Ledbetter and Lonnie Ledbetter Jr its members.

## ARTICLE I - ORGANIZATION

**Section 1.1 – Company Formation and Duration.**

The Company has been organized as a limited liability company managed by its members. The Company shall commence on the date of filing of the Articles of Organization and shall exist until the Company dissolves and its affairs are wound up in accordance with this Operating Agreement or applicable law.

**Section 1.2 – Members and LLC Units.**

"LLC Units" or "Units" means measures of ownership in the LLC. The ownership of the Company shall consist of Units with equal rights for all purposes under this Operating Agreement. "LLC Unit Percentage" means, with respect to a Member, the percentage derived by dividing number of LLC Units held by such Member by the total number of LLC Units held by all Members and, thereafter, multiplying the resulting fraction by 100 to arrive at a percentage.

**Section 1.3 – Table of Members, LLC Units, and LLC Unit Percentages.**

The Members of the Company are set forth below, alongside the number of LLC Units and the LLC Unit Percentage for each Member. Any time there is a change in the membership in the Company (for example, admission of a new member, withdrawal of a member, issuance of new LLC Units, etc.), the Company shall create an updated table of Members, LLC Units, and LLC Unit Percentages, circulate a copy to all Members, and maintain a copy with the Company's official records.

| MEMBER NAME | LLC UNITS | LLC UNIT PERCENTAGES |
|---|---|---|
| Lonnie Ledbetter Jr | 50 | 50% |
| Tawni Jones Ledbetter | 50 | 50% |
| | | |
| | | |

**Section 1.4 – Books and Records.**

The Company shall maintain complete and accurate books and records of the Company's business and affairs.

**Section 1.5 – Amendment; Entire Agreement.**

This Operating Agreement may be amended at any time by a majority Vote in interest of LLC Units (as defined below), for any reason. This Operating Agreement, as may be amended, constitutes the entire agreement between the Members and Company with respect to the subject matter hereof.

## ARTICLE II – MANAGEMENT AND VOTING

**Section 2.1 – Manager Management.**

The Company shall be managed by the Mangers or the members who may be known as and hold any title(s) approved by a majority Vote in interest of LLC Units. At the time of this writing the manager is named Tawni Jones Ledbetter.

**Section 2.2 – Voting.**

Matters to be determined by the Manager shall be decided by a vote of the Members in which each LLC Member shall have one vote. Unless another percentage is given elsewhere in this Operating Agreement or by applicable state law, all Member votes on any matter shall require a majority vote to pass or approve the motion, resolution, or otherwise take action by the LLC.

**Section 2.3 – Manager Authority.**

The Members agree with the Company and each other that the Member, acting individually, shall have the power or authority to act on behalf of or bind the LLC, to authorize any action to be taken by the LLC, to act as agent for the LLC, or to incur any liability or expense on behalf of the LLC. The Members have adopted resolutions appointing one Manager, named above, who is also authorized to sign on behalf of the Company to acquire, encumber, or convey real or personal property from any source and through any means; engage in any financial transactions on behalf of the Company, including opening, maintaining, or closing accounts, borrowing money, or the like; entering into contracts on behalf of the Company; commence, prosecute, or defend any legal proceedings in the Company's name; and carry on any other business or affairs of the Company not specifically provided herein, that is not in contravention of applicable law.

**Section 2.4 – Indemnification.**

Unless otherwise provided by law, the Members are not liable for the acts, debts, or obligations of the Company. The Company shall indemnify, defend, and hold the each Member harmless from and against any losses, claims, costs, damages, and liabilities, including, without limitation, judgments, fines, amounts paid in settlement, and expenses incurred by each Member in any civil, criminal, or investigative proceeding in which the Member is involved or threatened to be involved by reason of the Member's membership in or management of the Company.





# ARTICLE III – CAPITAL CONTRIBUTIONS

**Section 3.1 – Initial Capital Contributions.**

The Members have made or will make an initial contribution to the capital of the Company, as set forth in Company records.

**Section 3.2 – Additional Capital Contributions by Members.**

The Members may, by majority Vote in interest of LLC Units, raise additional capital by issuing additional LLC Units to existing members in exchange for capital contributions specified by resolution.

**Section 3.3 – Additional Capital by Admission of New Members.**

The Members may, by majority Vote in interest of LLC Units, raise additional capital by issuing additional LLC Units to a newly admitted member in exchange for capital contributions specified by resolution and in accordance with Section 5.1.

# ARTICLE IV – DISTRIBUTIONS

**Section 4.1 – Allocations.**

Except as may be required by the Internal Revenue Code (Title 26 of the United States Code) or the Treasury Regulations (Title 26 of the Code of Federal Regulations) or this Operating Agreement, net profits, net losses, and other items of income, gain, loss, deduction and credit of the Company shall be allocated among the Members in proportion to each Member's LLC Unit Percentage.

**Section 4.2 – Distributions.**

The Members, by resolution issued pursuant to this Operating Agreement, may make distributions to the Members from time to time in the total amount and in the proportions determined by vote pursuant to Section 2.2. Unless otherwise approved pursuant to Section 2.2, such distributions shall be allocated among the Members in proportion to each Member's LLC Unit Percentage. No distribution shall be declared or made if, after making the distribution, the Company would not be able to pay its debts as they become due or the Company's total assets would be less than the sum of its total liabilities.

# ARTICLE V – MEMBERSHIP CHANGES

**Section 5.1 – New Members.**

The Members may by majority vote in interest of LLC Units admit a new member in the Company and issue additional LLC Units to new members. Any new members shall, before being admitted and as a condition to admission, execute any document or documents required by the Company, agree to be and become a member of the Company, and agree to be bound by the terms of the Company Operating Agreement.

**Section 5.2 –Transfers of LLC Units.**

A Member may voluntarily sell, transfer, assign, encumber, pledge, convey, or otherwise

dispose of part or all of Member's membership interest, but only upon a majority vote in interest of LLC Units allowing the transfer and admitting the new Member in accordance with this Operating Agreement, if the new Member does not already hold LLC Units in the Company.

**Section 5.3 – Voluntary Withdrawal.**

Members shall have the unilateral right to withdraw at any time from the Company subject to the terms of this Operating Agreement and applicable law. The withdrawing member shall be entitled to receive as a distribution, within a reasonable time after withdrawal, the fair value of the member's interest in the Company as of the date of withdrawal.

## ARTICLE VI – CONTINUED OPERATION

**Section 6.1 – Continued Operation.**

Upon the death of either member, the surviving member shall have the option of continuing operations for a period of (5) years, before any distribution to the other party's estate shall be required. Should Lonnie Ledbetter, Jr., be the first member to die, his estate shall continue to pay for a period of 5 years, all expenses related to the operation and maintenance of the ranch, in a manner financially consistent with the average of the previous 3 years.

**Section 6.2 – Continued Employment / Contract Status**

All employees shall also be given the option to stay and be paid for this same 5 year period as stated above. All contractors' contracts will automatically extend to cover the same period.

## ARTICLE VII – DISSOLUTION

**Section 7.1 – Dissolution.**

Upon a majority Vote in interest of LLC Units, the Company shall dissolve, and its affairs shall be wound up. On dissolution, the Company shall cease carrying on its business and affairs and shall begin to wind them up. The Company shall complete the winding up as soon as practicable. On the winding up of the Company, its assets shall be distributed in a manner consistent with applicable law.

---

The undersigned accepts the appointment of Registered Agent of the Company.

______________________________
Tawni Jones-Ledbetter

Dated:_February 12, 2024__________

# L & T Iron Horse Ranch, LLC

Special Meeting Minutes

03 January 2025

**Reports Read**

- None.

**Old Business**

- None

**New Business**

- Change to LLC ownership information as follows:

Tawni Jones- Ledbetter Sole Manager and ownership of 100%

- Allow assignment to the Jones Ledbetter Family Revocable Trust

Motions Made for both Actions/ Both Motions Approved by all

(Pause... if there is nothing else...)

- **MOTION:** to Close. Motion Seconded/Approved.

____________________________

Secretary, Tawni Jones-Ledbetter