STATE OF MONTANA

11534395
Montana Secretary of State
Filed: April 12, 2018 11:41 AM
BID: C265420

## Annual Report 2018

**TJ'S NEW LEAF LLC (C265420)**

| | |
|---|---|
| | Annual Report Year 2018 |
| **Handling Option** | Standard Processing |
| **Type of Limited Liability Company** | Limited Liability Company |
| **State of Organization** | Montana |

# Registered Agent in Montana

| | |
|---|---|
| **Entity Name** | ALL DAY $49 MONTANA REG AGENT LLC |
| **Street Address** | 1001 S MAIN STREET STE 49, KALISPELL, Montana, 59901, United States |
| **Mailing Address** | Same as Street Address |
| **Registered Agent Type** | Commercial |

# Business Mailing Address of Principal Office

| | |
|---|---|
| **Postal Address** | 1001 S MAIN STREET STE 49, KALISPELL, Montana, 59901, United States |
| **Purpose** | ANY LAWFUL BUSINESS |

# Managers/Members

| | |
|---|---|
| **LLC Managed By** | Managers |

 11534395

**Registered Business Entity**

| | |
|---|---|
| **Entity Name** | MANAGER LLC |
| **Business Identifier** | C259117 |
| **Status** | Active |
| **Business Mailing Address** | 1001 S MAIN STREET STE 49, KALISPELL, Montana, 59901, United States |

# Signature

**I have been authorized by the business entity to file this document online.**
Yes

**I, HEREBY SWEAR AND/OR AFFIRM, under penalty of law, including criminal prosecution, that the facts contained in this document are true. I certify that I am signing this document as the person(s) whose signature is required, or as an agent of the person(s) whose signature is required, who has authorized me to place his/her signature on this document.**
Yes

| | |
|---|---|
| **Name** | Tawni Jean Jones |
| **Position** | Member/Manager |
| **Date** | 04/12/2018 |

## Daytime Contact

| | |
|---|---|
| **Phone** | (011) 940-872-8910 |
| **Email** | tjones@theracktx.com |

**MONTANA SECRETARY OF STATE**

**Return Method:** Email

April 12, 2018

GUEST SCP MT

**CERTIFICATION LETTER**

I, COREY STAPLETON, Secretary of State for the State of Montana, do hereby certify that

**TJ'S NEW LEAF LLC**

filed its Annual Report for a Domestic LLC 2018 with this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in this office, I hereby issue this certificate evidencing the filing is effective on the date shown below.

**Certified File Number:** C265420 - 11534395
**Effective Date:** April 12, 2018

Next year's annual report will be due by April 15th.

Thank you for being a valued member of the Montana business community. I wish you continued success in your future endeavors.

Corey Stapleton
Montana Secretary of State

**MONTANA SECRETARY OF STATE**

**Return Method:** Email April 12, 2019

GUEST SCP MT

**CERTIFICATION LETTER**

I, COREY STAPLETON, Secretary of State for the State of Montana, do hereby certify that

**TJ'S NEW LEAF LLC**

filed its Annual Report for a Domestic LLC 2019 with this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in this office, I hereby issue this certificate evidencing the filing is effective on the date shown below.

**Certified File Number:** C265420 - 12571180
**Effective Date:** April 12, 2019

Next year's annual report will be due by April 15th.

Thank you for being a valued member of the Montana business community. I wish you continued success in your future endeavors.

Corey Stapleton
Montana Secretary of State

STATE OF MONTANA

12571180
Montana Secretary of State
Filed: April 12, 2019 02:38 PM
BID: C265420

## Annual Report 2019

**TJ'S NEW LEAF LLC (C265420)**

| | |
|---|---|
| | Annual Report Year 2019 |
| **Handling Option** | Standard Processing |
| **Type of Limited Liability Company** | Limited Liability Company |
| **State of Organization** | Montana |

# Registered Agent in Montana

| | |
|---|---|
| **Entity Name** | ALL DAY $49 MONTANA REG AGENT LLC |
| **Street Address** | 1001 S MAIN STREET STE 49, KALISPELL, Montana, 59901, United States |
| **Mailing Address** | Same as Street Address |
| **Registered Agent Type** | Commercial |

# Business Mailing Address of Principal Office

| | |
|---|---|
| **Postal Address** | 1001 S MAIN STREET STE 49, KALISPELL, Montana, 59901, United States |
| **Purpose** | ANY LAWFUL BUSINESS |

# Managers/Members

| | |
|---|---|
| **LLC Managed By** | Managers |

**Registered Business Entity**

| | |
|---|---|
| **Entity Name** | MANAGER LLC |
| **Business Identifier** | C259117 |
| **Status** | Active |
| **Business Mailing Address** | 1001 S MAIN STREET STE 49, KALISPELL, Montana, 59901, United States |

# Signature

**I have been authorized by the business entity to file this document online.**
Yes

**I, HEREBY SWEAR AND/OR AFFIRM, under penalty of law, including criminal prosecution, that the facts contained in this document are true. I certify that I am signing this document as the person(s) whose signature is required, or as an agent of the person(s) whose signature is required, who has authorized me to place his/her signature on this document.**
Yes

| | |
|---|---|
| **Name** | TAWNI J JONES |
| **Position** | Member/Manager |
| **Date** | 04/12/2019 |

## Daytime Contact

| | |
|---|---|
| **Phone** | (001) 940-872 8910 |
| **Email** | TJONES@THERACKTX.COM |

# MONTANA SECRETARY OF STATE

April 25, 2023

Tawni Jones
tjones@theracktx.com

## CERTIFICATION LETTER

I, CHRISTI JACOBSEN, Secretary of State for the State of Montana, do hereby certify that

**TJ'S NEW LEAF LLC**

filed its **Principal Office Address Change** in this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in this office, I hereby issue this certificate evidencing the filing is effective on the date shown below.

**Certified File Number:** C265420 - 15706211
**Effective Date:** April 25, 2023

Thank you for being a valued member of the Montana business community. I wish you continued success in your endeavors.

Christi Jacobsen
Montana Secretary of State

# SECRETARY OF STATE
## Linda McCulloch -- State of Montana

Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

PRIORITY

ALL DAY $49 MONTANA REGISTERED AGENT LLC
1001 S MAIN STREET STE 49
KALISPELL MT 59901

## CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

**TJ'S NEW LEAF LLC**

filed its ARTICLES OF ORGANIZATION in this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below. I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:** C265420-1681864
**Dated:** August 17, 2015
**Effective Date:** August 14, 2015

The first Annual Report must be delivered to the Secretary of State between January 1 and April 15 of the year **following** the calendar year in which a Domestic or Foreign Corporation or Limited Liability Company was incorporated or authorized to transact business. Subsequent Annual Reports must be delivered to the Secretary of State between January 1 and April 15 each year thereafter.

Linda McCulloch

Linda McCulloch
Secretary of State

*C265420* *1681864*

PRIORITY

# Montana ARTICLES OF ORGANIZATION OF LIMITED LIABILITY COMPANY

1681864

STATE OF MONTANA
FILED
AUG 1 4 2015
SECRETARY OF STATE
C. 265420

## ARTICLE 1
## Name

The name of the Limited Liability Company is:
TJ's New Leaf LLC

## ARTICLE 2
## Principal and Mailing Address

2.01 The complete street address of the initial designated principal office is:
1001 S. Main Street, STE 49
Kalispell, Montana, 59901

2.02 The complete mailing address is:
1001 S. Main Street, STE 49
Kalispell, Montana, 59901

## ARTICLE 3
## Registered Agent

3.01 The name of the initial registered agent is:
All Day $49 Montana Registered Agent, LLC.

3.02 The street address of the registered agent is:
1001 S. Main Street, STE 49
Kalispell, Montana 59901

## ARTICLE 4
## Duration

This Limited Liability Company is At-Will.

## ARTICLE 5

This Limited Liability Company is Manager Managed.

## ARTICLE 6
## Manager

The Manager of the Limited Liability Company is named as follows:

Manager LLC
1001 S. Main Street, STE 49
Kalispell, Montana, 59901

## ARTICLE 7
## Purpose

The purpose for which the company is organized is to conduct any and all lawful business for which Limited Liability Companies can be organized pursuant to Montana statute.

## ARTICLE 8
## Liability

Pursuant to Montana statute, any and all debts, obligations or other liabilities of TJ's New Leaf LLC are solely the responsibility of the Limited Liability Company. Any manager, member, or organizer of TJ's New Leaf LLC is hereby not personally liable for such debts or liabilities solely by reason of their title.

## ARTICLE 9
## Organizer

I, Jeremiah Adams, of All Day $49 Montana Registered Agent, LLC. acting as Organizer for this company, execute these articles dated this 14th Day of August, 2015.

Jeremiah Adams