| Description | | Summary Amt. | |
|---|---|---|---|
| Beginning balance as of 07/23/2026 | | 0.00 | |
| Total credits | | 1,500,000.00 | |
| Total debits | | -15.00 | |
| Ending balance as of 07/31/2026 | | 1,499,985.00 | |

| Date | Description | Amount | Running Bal. |
|---|---|---|---|
| 07/23/2026 | Beginning balance as of 07/23/2026 | | 0.00 |
| 07/29/2026 | WIRE TYPE:WIRE IN DATE: 260729 TIME:1822 ET TRN:2026072900597450 SEQ:260729164647HC00/006606 ORIG:RANDY J SLAGER REV TRUST ID:3990033429 SND BK:TD BANK, NA ID:031101266 PMT DET:MAX-014116 78 wire payment /CATPURP/CTRC /LOCINS/CTRC | 1,500,000.00 | 1,500,000.00 |
| 07/30/2026 | Wire Transfer Fee | -15.00 | 1,499,985.00 |